**FILED**

05/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO.: DA 20-0609

Ariane Wittman and Jeremy Taylen,

      Plaintiffs/Appellants,

  -vs-

              ORDER

City of Billings,

      Defendant/Appellee.

Montana Trial Lawyers Association (MTLA), through counsel, has filed a motion to file an amicus brief in the above captioned matter.

IT IS ORDERED that the motion is GRANTED. MTLA has lodged its brief with the motion and it shall be deemed filed by this order.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 17 2021